UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,    )
                             )
                             )
                             )        No.  02 CR 329-3
         v.                  )
                             )
JOHN H. MCDONEL              )
                             )        Judge Leftkow
                             )
         Defendant.          )
                             )

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated

in the above captioned case.  This designation is provided for informational purposes only and does

not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses.

See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:    /s
   JOSEPH A. STEWART
   Assistant United States Attorney
   219 South Dearborn Street
   Chicago, Illinois 60604
   (312) 469-6008